THE STATE BANK, Appellant, *v.* EPHRAIM SIFF,
Respondent.

(Argued October 7, 1930; decided October 21, 1930.)

*Leonard G. Bisco* and *Murray L. Jacobs* for appellant.
*George Z. Medalie, William B. Herlands* and *J. Leon
Israel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG, O'BRIEN and HUBBS, JJ.